## Young Unemployment Compensation Case.

Argued December 12, 1968. *Milton E. Young,* claimant, appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

February 10, 1969

## Commonwealth *v.* Cooper, Appellant.

Submitted December 10, 1968. *Arthur K. Dils,* Public Defender, for appellant; *Herbert S. Cohen,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.